# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TOBY BROOKS PAYNE, JR.

NO. 2021 KW 0400

**JULY 19, 2021**

---

In Re:    Toby  Brooks  Payne,  Jr.,  applying  for  supervisory
          writs,  32nd  Judicial  District  Court,  Parish  of
          Terrebonne, No. 770075.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The records of the Terrebonne Parish
Clerk of Court's Office reflect that the district court acted on
relator's motion for an evidentiary hearing on April 16, 2021.
A hearing is set for September 22, 2021.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT